**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1395**

─────────────

TIMOTHY HARDY,

       Plaintiff - Appellant,

    v.

CHESAPEAKE HOSPITAL AUTHORITY, trading as Chesapeake Regional Medical Center,

       Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Elizabeth W. Hanes, District Judge. (2:24-cv-00029-EWH-RJK)

─────────────

Submitted: May 28, 2026                         Decided: June 1, 2026

─────────────

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:** Todd M. Gaynor, GAYNOR LAW CENTER, P.C., Norfolk, Virginia, for Appellant. John M. Bredehoft, Ahmed E. Mohamed Khalil, KAUFMAN & CANOLES, P.C., Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Hardy appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion, dismissing his complaint for failure to state a claim, and denying his request for leave to amend his complaint. We have reviewed the record and find no reversible error in these rulings. *See Guerrero v. Ollie's Bargain Outlet, Inc.*, 115 F.4th 349, 353 (4th Cir. 2024) (stating standard governing review of dismissal of complaint for failure to state claim on which relief can be granted); *Willner v. Dimon*, 849 F.3d 93, 114 (4th Cir. 2017) (stating standard governing review of ruling denying request for leave to amend complaint). Accordingly, we affirm the district court's order. *Hardy v. Chesapeake Hosp. Auth.*, No. 2:24-cv-00029-EWH-RJK (E.D. Va. Mar. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*